IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

CORDOVA, LOUIS M. #700020 , Plaintiff

v.

DISTRICT COURT, DENVER COUNTY, CO. .

DENVER POLICE DEPARTMENT .

DEPARTMENT OF SAFETY .

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

LOUIS M. CORDOVA #700020  P.O. Box 1108, DENVER CO. -80201-
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

__X__ Pretrial detainee
_____ Civilly committed detainee
_____ Immigration detainee
_____ Convicted and sentenced state prisoner
_____ Convicted and sentenced federal prisoner
_____ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  DISTRICT COURT, DENVER COUNTY, CO.
(Name, job title, and complete mailing address)

520 W. COLFAX AVE., DENVER, CO.   -80204-

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No *(check one)*. Briefly explain:

4th AMENDMENT, art. II, U.S. CONST.

§ 25, art. II, COLO. CONST.

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 2: DENVER POLICE DEPARTMENT Sanchez, N. #19-062
(Name, job title, and complete mailing address)

1311 W. 46th AVE., Denver, CO. 80211

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

4th AMENDMENT, art. II, U.S. CONST.

§ 25, art. II., COLO. CONST.

Defendant 2 is being sued in his/her _X_ individual and/or ___ official capacity.

Defendant 3: DEPARTMENT OF SAFETY - Internal Affairs D.P.D.
(Name, job title, and complete mailing address)

101 W. Colfax AVE. suite #100, Denver, CO. 80202

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

§ 25, art. II, COLO. CONST.

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971) (federal defendants)

_X_   Other: (*please identify*) Class Action

3

**D.   STATEMENT OF CLAIM(S)** additional paper is attached.(1 of 2)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of the 4th AMENDMENT, art. II, U.S. CONST.

Supporting facts: Arbitrary and discriminatory actions by multiple entities that has been conducted so unreasonable to initiat a criminal prosecution as a passion of hate by reckless abuse of the law. The facts and cerconstances are so grave through bodycam and medical records alone will show how Malicious these arrest where exicuted by this D.P.D. officer Nicholas Sanchez #P19-062 on 05/29/21, 05/23/22, 07/02/22, and 10/02/22  I.A. case# P2021 0104 was closed on 10/10/21 No investigation on this officer has been properly conducted by I.A. or D.P.D. The arrest warrants itself on both case are fatally defective. The courts failed to limit there determination of probable cause within the four corners of the affidavit as abuse of discretion. The injury I suffered and continuesly being targeted will show through bodycam and medical records, a 4 violation of 4th Amendment

**D.  STATEMENT OF CLAIM(S)** Attached paper (2 of 2)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ~~ONE~~ TWO: Violation of §25, art. II, Colo. Const Due Process of Law

Supporting facts: depravation of liberty, excessive confinment, Maliciously legal ethics conducted by the courts on case# 21CR3247 and case# 22CR2835 Internal Affairs and D.P.D. inproperly investigated this officer Nicholas Sanchez # P19-062 Administrative abuse by all three departments Violates Colo. Const. art. II §25 Due Process of Law on 05/29/21 My injury was a Dislocated Right Hip with a 10 mm Fracture to the pelvic bone socket immediately injected (I believe it was Ketamine) with unknown medication upon arrest then again once ambulence arrived injected again with unknown medication. I arrived to the hospital incohirent and unable to make deciessons for myself according to medical records I went through minure surgery and sudated for 5 or 6 days from medically induced comah against my own will or consent.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Money damages Jury demand appointment of Counsel pursuant to 14th AMENDMENT, art. II, U.S. CONST. Seeing I am indegent pretrial detainee.

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____ # 700020
(Plaintiff's signature)

12/30/22
(Date)

(Form Revised December 2017)

6

# INFORMATION AND INSTRUCTIONS FOR FILING
# A PRISONER COMPLAINT

Attached are the forms you will need to file a Prisoner Complaint. All questions must be answered clearly and concisely in the appropriate space on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the Prisoner Complaint, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the Prisoner Complaint and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

**The Filing Fee and 28 U.S.C. § 1915**

1. Prisoners seeking leave to proceed under 28 U.S.C. § 1915 must comply with the following procedures. Section 1915(h) defines a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."

2. The complaint must be accompanied by the full $350.00 filing fee plus an additional $52.00 administrative fee, for a total payment of $402.00. The fees may be paid in cash, by money order, by credit card, or by check payable to: Clerk, U.S. District Court. There are no fees for a jury demand, an answer, or other similar papers. A schedule of other fees charged by the Court is attacked to the Local Rules of Practice for the United States District Court for the District of Colorado. A copy of the Local Rules of Practice is available from the Clerk of the Court or from the Court's website.

3. If you want to commence an action without prepayment of fees or security, you must file a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. You also must submit a signed authorization for disbursement of funds from your inmate trust fund account and a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each penal institutional at which you are or were confined during the six-month period. The Court cannot consider the merits of the claims asserted in any complaint filed without either the required filing fees paid in advance or a properly completed motion, affidavit, authorization, and certified copy of your trust fund account statement (or institutional equivalent).

(Rev. 8/24/15)

4.  If you are proceeding pursuant to 28 U.S.C. § 1915 and the motion, affidavit, and certified copy of your trust fund account statement (or institutional equivalent) are in proper form, you must pay the full $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1). The Court will enter an order directing your custodian to calculate and disburse funds from you inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b) until the full $350.00 filing fee is paid.

**The Complaint**

1.  Each named defendant must be listed in the caption of the complaint, one defendant per line. If there is more than one defendant, you should indicate clearly in the body of the complaint which actions are attributable to each defendant.

2.  You must provide the Court with an original complaint. You should keep a copy of the complaint for your own records. The Court will not provide a copy for you.

3.  When your complaint is completed, it should be mailed with the filing fee or motion for leave to proceed pursuant to 28 U.S.C. § 1915 to the Clerk of the United States District Court at the following address:

> Clerk of the Court
> Alfred A. Arraj United States Courthouse
> 901 19th Street, Room A105
> Denver, CO 80294-3589

4.  Each original document (except the original complaint) must include a certificate stating the date a copy of the document was mailed to the opposing party or his, her, or its attorney and the address to which it was mailed. Any document that fails to include a certificate of service may be disregarded by the Court or returned. An example of a certificate of service is:

> I hereby certify that a copy of the foregoing pleading/document was mailed to
> _____ (defendant(s) or counsel for defendant(s))
> at _____ (address) on _____, 20____.
>
> _____
> Plaintiff's Original Signature

5.  The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the Court and are prohibited from giving legal advice. Legal questions should be directed to an attorney.

```
==================================================================
                         Denver County Jail
==================================================================
                       Resident Account Summary         RETURN TO INMATE
                   Monday, December 05, 2022  @10:29
                                                            2D
==================================================================
For DPD Number: 0000700020    (CORDOVA,_LOUIS_MARTIN)
------------------------------------------------------------------
  Date       Transaction Description           Amount    Balance    Owed      Held     Reference
------------------------------------------------------------------
12/01/2022  EPR         OID:100707470-ComisaryPur   -127.36    60.12    0.00     0.00    12/01/2022
11/19/2022  SECUREDEPOS 88600472 CORDOVA BARBARA     57.00    187.48    0.00     0.00    11/19/2022
11/17/2022  EPR         OID:100705805-ComisaryPur   -24.46    130.48    0.00     0.00    11/17/2022
11/10/2022  EPR         OID:100705204-ComisaryPur   -79.26    154.94    0.00     0.00    11/10/2022
11/09/2022  SECUREDEPOS 89330774 COLEMAN CATHY      147.00    234.20    0.00     0.00    11/09/2022
11/09/2022  SECUREDEPOS 86797330 Mackay Brittany     25.00     87.20    0.00     0.00    11/09/2022
11/08/2022  SECUREDEPOS 86061609 flores BERENICE    25.00     62.20    0.00     0.00    11/08/2022
11/07/2022  SECUREDEPOS 85371127 GARCIA KENNETH     25.00     37.20    0.00     0.00    11/07/2022
11/07/2022  ERF         OID:100703918-ComisaryRef   10.92     12.20    0.00     0.00    11/07/2022
11/03/2022  EPR         OID:100703918-ComisaryPur  -124.19     1.28    0.00     0.00    11/03/2022
10/31/2022  SECUREDEPOS 85276386 Rowlette Alexand   20.00    125.47    0.00     0.00    10/31/2022
10/31/2022  ERF         OID:100702967-ComisaryRef   65.07    105.47    0.00     0.00    10/31/2022
10/27/2022  EPR         OID:100702967-ComisaryPur  -65.07     40.40    0.00     0.00    10/27/2022
10/20/2022  EPR         OID:100701944-ComisaryPur  -56.53    105.47    0.00     0.00    10/20/2022
10/18/2022  SECUREDEPOS 82735486 Turton Kristanna   40.00    162.00    0.00     0.00    10/18/2022
10/13/2022  SECUREDEPOS 85903356 CORDOVA BARBARA    97.00    122.00    0.00     0.00    10/13/2022
10/12/2022  SECUREDEPOS 84850458 thongmany diana    25.00     25.00    0.00     0.00    10/12/2022
08/18/2022  DEBIT CARD  RELEASE OR CLOSEOUT TRANS   -6.33      0.00    0.00     0.00    08/18/2022
08/16/2022  ERF         OID:100692954-ComisaryRef    4.53      6.33    0.00     0.00    08/16/2022
08/11/2022  EPR         OID:100692954-ComisaryPur  -35.34      1.80    0.00     0.00    08/11/2022
08/07/2022  SECUREDEPOS 82024592 TAPIA LEXUS        37.00     37.14    0.00     0.00    08/07/2022
08/04/2022  EPR         OID:100692078-ComisaryPur   -9.66      0.14    0.00     0.00    08/04/2022
08/02/2022  ERF         OID:100691233-ComisaryRef    8.47      9.80    0.00     0.00    08/02/2022
07/28/2022  EPR         OID:100691233-ComisaryPur  -13.67      1.33    0.00     0.00    07/28/2022
07/23/2022  SECUREDEPOS 82719973 Mauricio Sara      15.00     15.00    0.00     0.00    07/23/2022
05/26/2022  ZERO RELEAS RELEASE TRANSACTION         0.00       0.00    0.00     0.00    05/26/2022
01/18/2022  WITHDRAW CH RELEASE OR CLOSEOUT TRANS  -94.53      0.00    0.00     0.00    01/18/2022
01/11/2022  ERF         OID:100665182-ComisaryRef   34.28     94.53    0.00     0.00    01/11/2022
12/30/2021  SECUREDEPOS 61973125 Temeyosa Cora An   30.00     60.25    0.00     0.00    12/30/2021
12/30/2021  EPR         OID:100665182-ComisaryPur  -34.28     30.25    0.00     0.00    12/30/2021
12/23/2021  EPR         OID:100664351-ComisaryPur -105.32     64.53    0.00     0.00    12/23/2021
12/22/2021  ERF         OID:100663545-ComisaryRef   59.81    169.85    0.00     0.00    12/22/2021
12/22/2021  ERF         OID:100661515-ComisaryRef  106.04    110.04    0.00     0.00    12/22/2021
12/16/2021  EPR         OID:100663545-ComisaryPur  -59.81      4.00    0.00     0.00    12/16/2021
12/02/2021  EPR         OID:100661515-ComisaryPur -106.04     63.81    0.00     0.00    12/02/2021
12/02/2021  ERF         OID:100660780-ComisaryRef    2.73    169.85    0.00     0.00    12/02/2021
12/01/2021  SECUREDEPOS 62195326 Flores Tayler Br   50.00    167.12    0.00     0.00    12/01/2021
11/30/2021  SECUREDEPOS 68166691 Temeyosa Cora An   60.00    117.12    0.00     0.00    11/30/2021
11/25/2021  SECUREDEPOS 65818408 Flores Tayler Br   25.00     57.12    0.00     0.00    11/25/2021
11/24/2021  EPR         OID:100660780-ComisaryPur  -77.62     32.12    0.00     0.00    11/24/2021
11/18/2021  EPR         OID:100659847-ComisaryPur -158.92    109.74    0.00     0.00    11/18/2021
11/17/2021  SECUREDEPOS 64955617 Sisneros Julia A   70.00    268.66    0.00     0.00    11/17/2021
11/11/2021  SECUREDEPOS 68700011 CORDOVA LOUIS      37.00    198.66    0.00     0.00    11/11/2021
11/07/2021  SECUREDEPOS 67190792 CORDOVA BARBARA    97.00    161.66    0.00     0.00    11/07/2021
11/04/2021  EPR         OID:100658823-ComisaryPur  -39.02     64.66    0.00     0.00    11/04/2021
10/28/2021  EPR         OID:100657626-ComisaryPur  -81.04    103.68    0.00     0.00    10/28/2021
10/11/2021  EPR         OID:100654956-ComisaryPur  -48.32    184.72    0.00     0.00    10/11/2021
10/04/2021  SECUREDEPOS 66407753 Temeyosa Cora An   40.00    233.04    0.00     0.00    10/04/2021
10/04/2021  EPR         OID:100654338-ComisaryPur  -63.91    193.04    0.00     0.00    10/04/2021
10/01/2021  ERF         OID:100653404-ComisaryRef    1.32    256.95    0.00     0.00    10/01/2021
09/29/2021  SECUREDEPOS 68207730 CORDOVA FORTINO   197.00    255.63    0.00     0.00    09/29/2021
09/27/2021  EPR         OID:100653404-ComisaryPur  -51.50     58.63    0.00     0.00    09/27/2021
09/25/2021  SECUREDEPOS 69475908 CORDOVA FORTINO    37.00    110.13    0.00     0.00    09/25/2021
09/13/2021  SECUREDEPOS 65568926 Temeyosa Cora An   33.00     73.13    0.00     0.00    09/13/2021
09/13/2021  EPR         OID:100651392-ComisaryPur  -55.94     40.13    0.00     0.00    09/13/2021
09/09/2021  SECUREDEPOS 63260561 CORDOVA BARBARA    57.00     96.07    0.00     0.00    09/09/2021
09/06/2021  EPR         OID:100650512-ComisaryPur  -34.08     39.07    0.00     0.00    09/06/2021
08/30/2021  EPR         OID:100649621-ComisaryPur  -77.01     73.15    0.00     0.00    08/30/2021
------------------------------------------------------------------
                                   Page 1
```

```
:===================================================:
                        Denver County Jail
:===================================================:
                       Resident Account Summary
                   Monday, December 05, 2022  @10:29

======================================================================
For DPD Number: 0000700020       CORDOVA, LOUIS MARTIN
------------------------------------------------------------------------
  Date       Transaction Description            Amount   Balance   Owed    Held   Reference
------------------------------------------------------------------------
 08/23/2021  EPR         OID:100648646-ComisaryPur   -80.03   150.16   0.00   0.00   08/23/2021
 08/13/2021  MEDICAL     VOID-PER CARMEN GRIEVANCE   -7.00    230.19   0.00   0.00   08/13/2021
 08/13/2021  <MEDICAL>   VOID-PER CARMEN GRIEVANCE    7.00    230.19   7.00   0.00   08/13/2021
 08/09/2021  EPR         OID:100646843-ComisaryPur   -1.51    223.19   0.00   0.00   08/09/2021
 07/26/2021  EPR         OID:100644729-ComisaryPur  -99.26    224.70   0.00   0.00   07/26/2021
 07/23/2021  ERF         OID:100644143-ComisaryRef   12.06    323.96   0.00   0.00   07/23/2021
 07/19/2021  EPR         OID:100644143-ComisaryPur -162.26    311.90   0.00   0.00   07/19/2021
 07/05/2021  EPR         OID:100642918-ComisaryPur  -10.04    474.16   0.00   0.00   07/05/2021
 06/25/2021  <MEDICAL>   KITE 17  442962            -7.00     484.20   0.00   0.00   06/25/2021
 06/25/2021  MEDICAL     KITE 17  442962             7.00     491.20   7.00   0.00   06/25/2021
 06/23/2021  SECUREDEPOS 61991122 Torres Fabian      70.00    491.20   0.00   0.00   06/23/2021
 06/21/2021  SECUREDEPOS 64324140 Temeyosa Cora An.  50.00    421.20   0.00   0.00   06/21/2021
 06/21/2021  EPR         OID:100641120-ComisaryPur  -29.87    371.20   0.00   0.00   06/21/2021
 06/14/2021  SECUREDEPOS 63955074 Temeyosa Cora An. 110.00    401.07   0.00   0.00   06/14/2021
 06/14/2021  EPR         OID:100640396-ComisaryPur  -68.93    291.07   0.00   0.00   06/14/2021
 06/11/2021  SECUREDEPOS 69600919 Kennedy Sandra M  160.00    360.00   0.00   0.00   06/11/2021
 06/08/2021  SECUREDEPOS 56900993 Kennedy Sandra M  100.00    200.00   0.00   0.00   06/08/2021
 06/08/2021  SECUREDEPOS 51490626 Kennedy Sandra M  100.00    100.00   0.00   0.00   06/08/2021
 06/01/2021  DEPOSIT CAS BI                           0.00      0.00   0.00   0.00   06/01/2021
 05/30/2021  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   05/30/2021
 01/06/2021  WITHDRAW CH RELEASE OR CLOSEOUT TRANS   -1.82      0.00   0.00   0.00   01/06/2021
 01/06/2021  DEPOSIT CAS BI                           1.82      1.82   0.00   0.00   01/06/2021
 01/05/2021  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   01/05/2021
 12/29/2020  DEPOSIT CAS B/I                          0.00      0.00   0.00   0.00   12/29/2020
 12/29/2020  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   12/29/2020
 09/29/2020  ZERO RELEAS RELEASE TRANSACTION          0.00      0.00   0.00   0.00   09/29/2020
 09/28/2020  WITHDRAW CH MONEY REL:CORA TEMEYOSA   -164.53      0.00   0.00   0.00   09/28/2020
 09/28/2020  ERF         OID:100608716-ComisaryRef  14.28    164.53   0.00   0.00   09/28/2020
 09/28/2020  EPR         OID:100608716-ComisaryPur -14.28    150.25   0.00   0.00   09/28/2020
 09/23/2020  DEPOSIT CAS BI                         164.53    164.53   0.00   0.00   09/23/2020
 09/23/2020  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   09/23/2020
 02/10/2020  ZERO RELEAS RELEASE TRANSACTION          0.00      0.00   0.00   0.00   02/10/2020
 02/04/2020  WITHDRAW CH M/R 700020                 -50.07      0.00   0.00   0.00   02/04/2020
 01/31/2020  EPR         OID:100584077-ComisaryPur  -30.42     50.07   0.00   0.00   01/31/2020
 01/27/2020  SECUREDEPOS 39556938 Temeyosa Cora An.  80.00     80.49   0.00   0.00   01/27/2020
 01/17/2020  WITHDRAW CH M/R 700020                 -80.00      0.49   0.00   0.00   01/17/2020
 01/17/2020  EPR         OID:100582062-ComisaryPur  -19.59     80.49   0.00   0.00   01/17/2020
 01/07/2020  EPR         OID:100580729-ComisaryPur  -50.38    100.08   0.00   0.00   01/07/2020
 12/28/2019  WITHDRAW CH MONEY RELEASE              -60.00    150.46   0.00   0.00   12/28/2019
 12/27/2019  SECUREDEPOS 38836272 TEMEYOSA CORA      50.00    210.46   0.00   0.00   12/27/2019
 12/23/2019  EPR         OID:100578877-ComisaryPur  -39.34    160.46   0.00   0.00   12/23/2019
 12/21/2019  SECUREDEPOS 34579873 Carter Charney A   25.00    199.80   0.00   0.00   12/21/2019
 12/20/2019  SECUREDEPOS 32255825 Ring Blanca        20.00    174.80   0.00   0.00   12/20/2019
 12/19/2019  ERF         OID:100577491-ComisaryRef   0.80    154.80   0.00   0.00   12/19/2019
 12/17/2019  EPR         OID:100577491-ComisaryPur  -58.00    154.00   0.00   0.00   12/17/2019
 12/14/2019  SECUREDEPOS 32743183 aguilera angela    66.00    212.00   0.00   0.00   12/14/2019
 12/10/2019  SECUREDEPOS 35818976 WIFE LOONYS       102.00    146.00   0.00   0.00   12/10/2019
 11/24/2019  SECUREDEPOS 32627909 DeLaCruz Amber L   19.00     44.00   0.00   0.00   11/24/2019
 11/22/2019  SECUREDEPOS 30663346 TEMEYOSA CORA      25.00     25.00   0.00   0.00   11/22/2019
 11/17/2019  DEPOSIT CAS BI                           0.00      0.00   0.00   0.00   11/17/2019
 11/16/2019  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   11/16/2019
 09/10/2019  ZERO RELEAS RELEASE TRANSACTION          0.00      0.00   0.00   0.00   09/10/2019
 09/10/2019  WITHDRAW CH MONEY REL CORONADO, DOMIN -199.00      0.00   0.00   0.00   09/10/2019
 09/09/2019  SECUREDEPOS 36862314 CORDOVA LOUIS     102.00    199.00   0.00   0.00   09/09/2019
 09/09/2019  SECUREDEPOS 36690650 CORONADO DOMINIQ   97.00     97.00   0.00   0.00   09/09/2019
 09/04/2019  DEPOSIT CAS BI                           0.00      0.00   0.00   0.00   09/04/2019
 09/04/2019  PROCESSING  ResMerge Service Initial    0.00      0.00   0.00   0.00   09/04/2019
 12/07/2018  WITHDRAW CH RELEASE OR CLOSEOUT TRANS -501.36      0.00   0.00   0.00   12/07/2018
------------------------------------------------------------------------
                                  Page 2
```

```
================================================================
                        Denver County Jail
================================================================
                      Resident Account Summary
                 Monday, December 05, 2022  @10:29

================================================================================
For DPD Number: 0000700020     CORDOVA, LOUIS MARTIN
--------------------------------------------------------------------------------
  Date      Transaction Description            Amount    Balance    Owed    Held   Reference
--------------------------------------------------------------------------------
12/02/2018  SECUREDEPOS 95218799 CORDOVA FORTINO   52.00   501.36   0.00   0.00   12/02/2018
11/27/2018  SECUREDEPOS 98666752 TEMEYOSA CORA     82.00   449.36   0.00   0.00   11/27/2018
11/27/2018  SECUREDEPOS 97789818 NAJERA SUNSHINE   17.00   367.36   0.00   0.00   11/27/2018
11/27/2018  EPR         OID:100524158-ComisaryPur -49.77   350.36   0.00   0.00   11/27/2018
11/19/2018  EPR         OID:100523088-ComisaryPur -49.97   400.13   0.00   0.00   11/19/2018
11/17/2018  SECUREDEPOS 99532471 CORDOVA LOUIS    200.00   450.10   0.00   0.00   11/17/2018
11/14/2018  WITHDRAW CH TEMEYOSA CORA            -120.00   250.10   0.00   0.00   11/14/2018
11/14/2018  EPR         OID:100522498-ComisaryPur -59.24   370.10   0.00   0.00   11/14/2018
11/09/2018  SECUREDEPOS 93392469 Cordova Barbara   92.05   429.34   0.00   0.00   11/09/2018
11/08/2018  SECUREDEPOS 98478768 Cline Teresa Lyn 190.00   337.29   0.00   0.00   11/08/2018
11/08/2018  SECUREDEPOS 93177282 Campbell Stephan 110.00   147.29   0.00   0.00   11/08/2018
11/07/2018  MEDICAL     VOID-KITE 17 095073 10/12  -7.00    37.29   0.00   0.00   11/07/2018
11/07/2018  <MEDICAL>   VOID-KITE 17 095073 10/12   7.00    37.29   7.00   0.00   11/07/2018
11/06/2018  EPR         OID:100521352-ComisaryPur -76.72    30.29   0.00   0.00   11/06/2018
11/03/2018  SECUREDEPOS 96061927 TEMEYOSA CORA     50.00   107.01   0.00   0.00   11/03/2018
11/02/2018  SECUREDEPOS 90278798 MILLER ERIN       25.00    57.01   0.00   0.00   11/02/2018
10/31/2018  ERF         OID:100520525-ComisaryRef   1.95    32.01   0.00   0.00   10/31/2018
10/30/2018  EPR         OID:100520525-ComisaryPur -70.13    30.06   0.00   0.00   10/30/2018
10/28/2018  SECUREDEPOS 93162634 Garcia Clay       50.00   100.19   0.00   0.00   10/28/2018
10/26/2018  SECUREDEPOS 96535476 Temeyosa Cora An  50.00    50.19   0.00   0.00   10/26/2018
10/23/2018  EPR         OID:100519600-ComisaryPur -21.90     0.19   0.00   0.00   10/23/2018
10/20/2018  SECUREDEPOS 98136760 TEMEYOSA CORA     22.00    22.09   0.00   0.00   10/20/2018
10/16/2018  EPR         OID:100518842-ComisaryPur -14.02     0.09   0.00   0.00   10/16/2018
10/15/2018  WITHDRAW CH MONEY RELEASE            -100.00    14.11   0.00   0.00   10/15/2018
10/15/2018  <MEDICAL>   KITE 17 095073 10/12/18    -7.00   114.11   0.00   0.00   10/15/2018
10/15/2018  MEDICAL     KITE 17 095073 10/12/18     7.00   121.11   7.00   0.00   10/15/2018
10/14/2018  SECUREDEPOS 42391596 Temeyosa Cora An  50.00   121.11   0.00   0.00   10/14/2018
10/09/2018  <PROCESS FE Payment for PROCESSING FE -30.00    71.11   0.00   0.00   10/09/2018
10/09/2018  DEPOSIT CHE BI                        101.11   101.11  30.00   0.00   10/09/2018
10/09/2018  PROCESSING  ResMerge Service Initial   30.00     0.00  30.00   0.00   10/09/2018
07/14/2018  WITHDRAW CH RELEASE OR CLOSEOUT TRANS -142.04     0.00   0.00   0.00   07/14/2018
07/13/2018  SECUREDEPOS 39248853 PINELLI ANITA    102.00   142.04   0.00   0.00   07/13/2018
07/12/2018  SECUREDEPOS 35434132 Lowe Hayley       40.00    40.04   0.00   0.00   07/12/2018
07/11/2018  WITHDRAW CH REL TO CARLOS MONTOYA    -150.00     0.04   0.00   0.00   07/11/2018
07/10/2018  EPR         OID:100506933-ComisaryPur -31.10   150.04   0.00   0.00   07/10/2018
07/05/2018  SECUREDEPOS 33255302 CORDOVA BARBARA   52.00   181.14   0.00   0.00   07/05/2018
07/04/2018  ERF         OID:100505902-ComisaryRef   1.08   129.14   0.00   0.00   07/04/2018
07/03/2018  EPR         OID:100505902-ComisaryPur  -1.08   128.06   0.00   0.00   07/03/2018
06/19/2018  EPR         OID:100504741-ComisaryPur -73.78   129.14   0.00   0.00   06/19/2018
06/16/2018  SECUREDEPOS 22259662 Lafferty Melissa  25.00   202.92   0.00   0.00   06/16/2018
06/12/2018  EPR         OID:100503917-ComisaryPur -29.73   177.92   0.00   0.00   06/12/2018
06/05/2018  SECUREDEPOS 29642177 TRUJILLO DINO     27.00   207.65   0.00   0.00   06/05/2018
06/05/2018  EPR         OID:100503153-ComisaryPur -19.90   180.65   0.00   0.00   06/05/2018
05/29/2018  EPR         OID:100502389-ComisaryPur -68.15   200.55   0.00   0.00   05/29/2018
05/25/2018  SECUREDEPOS 28655783 Sisneros Joleen   50.00   268.70   0.00   0.00   05/25/2018
05/23/2018  SECUREDEPOS 24072075 Lowe Hayley       30.00   218.70   0.00   0.00   05/23/2018
05/22/2018  SECUREDEPOS 24117047 Lowe Hayley      100.00   188.70   0.00   0.00   05/22/2018
05/22/2018  EPR         OID:100501562-ComisaryPur -23.90    88.70   0.00   0.00   05/22/2018
05/15/2018  EPR         OID:100500703-ComisaryPur -29.45   112.60   0.00   0.00   05/15/2018
05/11/2018  SECUREDEPOS 28261328 Broomfield Anesi  25.00   142.05   0.00   0.00   05/11/2018
05/05/2018  SECUREDEPOS 23066053 cordova dardara   92.05   117.05   0.00   0.00   05/05/2018
05/02/2018  SECUREDEPOS 24749455 Tapia Lexus DeAn  25.00    25.00   0.00   0.00   05/02/2018
05/01/2018  EPR         OID:100498827-ComisaryPur -29.95     0.00   0.00   0.00   05/01/2018
04/24/2018  EPR         OID:100497909-ComisaryPur -10.63    29.95   0.00   0.00   04/24/2018
04/17/2018  EPR         OID:100497053-ComisaryPur -19.63    40.58   0.00   0.00   04/17/2018
04/10/2018  EPR         OID:100496118-ComisaryPur -21.86    60.21   0.00   0.00   04/10/2018
04/07/2018  SECUREDEPOS 20137388 CORDOVA BARARA    82.00    82.07   0.00   0.00   04/07/2018
03/20/2018  EPR         OID:100493524-ComisaryPur -20.00     0.07   0.00   0.00   03/20/2018
--------------------------------------------------------------------------------
                                  Page 3
```

```
===================================================
                   Denver County Jail
===================================================
                 Resident Account Summary
              Monday, December 05, 2022  @10:29

======================================================================
For DPD Number: 0000700020    CORDOVA, LOUIS MARTIN
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 03/13/2018 | EPR | OID:100492670-ComisaryPur( | -12.70 | 20.07 | 0.00 | 0.00 | 03/13/2018 |
| 03/05/2018 | DEPOSIT CHE | WASHCO CK#5872 | 2.44 | 32.77 | 0.00 | 0.00 | 03/05/2018 |
| 03/02/2018 | SECUREDEPOS | 26411539 Canham Pamela Lee | 30.00 | 30.33 | 0.00 | 0.00 | 03/02/2018 |
| 02/13/2018 | EPR | OID:100489055-ComisaryPur( | -53.67 | 0.33 | 0.00 | 0.00 | 02/13/2018 |
| 02/12/2018 | SECUREDEPOS | 28453213 CORDOVA BRITANY | 17.00 | 54.00 | 0.00 | 0.00 | 02/12/2018 |
| 02/04/2018 | <PROCESS FE | Payment for PROCESSING FE] | -30.00 | 37.00 | 0.00 | 0.00 | 02/04/2018 |
| 02/04/2018 | SECUREDEPOS | 24444820 CORDOVA BARBARA | 67.00 | 67.00 | 30.00 | 0.00 | 02/04/2018 |
| 02/02/2018 | DEPOSIT CAS | BI | 0.00 | 0.00 | 30.00 | 0.00 | 02/02/2018 |
| 02/02/2018 | PROCESSING | ResMerge Service Initial ( | 30.00 | 0.00 | 30.00 | 0.00 | 02/02/2018 |
| 07/19/2017 | WITHDRAW CH | RELEASE OR CLOSEOUT TRANS/ | -281.42 | 0.00 | 0.00 | 0.00 | 07/19/2017 |
| 07/10/2017 | SECUREDEPOS | 17224008 CORDOVA BARBARA | 57.00 | 281.42 | 0.00 | 0.00 | 07/10/2017 |
| 07/10/2017 | SECUREDEPOS | 58403 derrick roberta lee | 50.00 | 224.42 | 0.00 | 0.00 | 07/10/2017 |
| 07/10/2017 | SECUREDEPOS | 8864102 derrick roberta l( | 50.00 | 174.42 | 0.00 | 0.00 | 07/10/2017 |
| 07/07/2017 | EPR | OID:100463517-ComisaryPur( | -8.58 | 124.42 | 0.00 | 0.00 | 07/07/2017 |
| 07/02/2017 | SECUREDEPOS | 378625 derrick roberta lee | 60.00 | 133.00 | 0.00 | 0.00 | 07/02/2017 |
| 06/30/2017 | SECUREDEPOS | 9567278 Wilson Bonnie Eli: | 60.00 | 73.00 | 0.00 | 0.00 | 06/30/2017 |
| 06/29/2017 | <PROCESS FE | Payment for PROCESSING FE] | -30.00 | 13.00 | 0.00 | 0.00 | 06/29/2017 |
| 06/29/2017 | SECUREDEPOS | 8810812 Delgado Vanessa | 43.00 | 43.00 | 30.00 | 0.00 | 06/29/2017 |
| 06/22/2017 | DEPOSIT CAS | BI | 0.00 | 0.00 | 30.00 | 0.00 | 06/22/2017 |
| 06/22/2017 | PROCESSING | ResMerge Service Initial ( | 30.00 | 0.00 | 30.00 | 0.00 | 06/22/2017 |
| 02/24/2015 | WITHDRAW CH | RELEASE OR CLOSEOUT TRANS/ | -118.99 | 0.00 | 0.00 | 0.00 | 02/24/2015 |
| 02/23/2015 | SECUREDEPOS | 67508529 CORDOVA FORTINO | 17.00 | 118.99 | 0.00 | 0.00 | 02/23/2015 |
| 02/19/2015 | ERF | OID:100359619-ComisaryRef\ | 1.99 | 101.99 | 0.00 | 0.00 | 02/19/2015 |
| 02/17/2015 | EPR | OID:100360330-ComisaryPur( | -55.06 | 100.00 | 0.00 | 0.00 | 02/17/2015 |
| 02/15/2015 | SECUREDEPOS | 70512695 Minor Amanda | 80.00 | 155.06 | 0.00 | 0.00 | 02/15/2015 |
| 02/10/2015 | EPR | OID:100359619-ComisaryPur( | -7.42 | 75.06 | 0.00 | 0.00 | 02/10/2015 |
| 02/09/2015 | SECUREDEPOS | 70852265 CORDOVA VALERIE | 42.00 | 82.48 | 0.00 | 0.00 | 02/09/2015 |
| 02/03/2015 | EPR | OID:100358856-ComisaryPur( | -31.63 | 40.48 | 0.00 | 0.00 | 02/03/2015 |
| 01/28/2015 | SECUREDEPOS | 72224675 ROMERO VANESSA | 22.00 | 72.11 | 0.00 | 0.00 | 01/28/2015 |
| 01/27/2015 | EPR | OID:100358147-ComisaryPur( | -30.00 | 50.11 | 0.00 | 0.00 | 01/27/2015 |
| 01/26/2015 | SECUREDEPOS | 77041221 CORDOVA VALERIE | 50.00 | 80.11 | 0.00 | 0.00 | 01/26/2015 |
| 01/20/2015 | EPR | OID:100357493-ComisaryPur( | -12.03 | 30.11 | 0.00 | 0.00 | 01/20/2015 |
| 01/19/2015 | SECUREDEPOS | 71036598 MENDEZ MIKE | 42.00 | 42.14 | 0.00 | 0.00 | 01/19/2015 |
| 01/13/2015 | EPR | OID:100356772-ComisaryPur( | -13.90 | 0.14 | 0.00 | 0.00 | 01/13/2015 |
| 01/06/2015 | EPR | OID:100356051-ComisaryPur( | -24.16 | 14.04 | 0.00 | 0.00 | 01/06/2015 |
| 01/03/2015 | SECUREDEPOS | 35536535 Cordova Valerie | 38.00 | 38.20 | 0.00 | 0.00 | 01/03/2015 |
| 12/09/2014 | EPR | OID:100352994-ComisaryPur( | -149.26 | 0.20 | 0.00 | 0.00 | 12/09/2014 |
| 12/08/2014 | SECUREDEPOS | 41558442 BRYANT BLESSED | 107.00 | 149.46 | 0.00 | 0.00 | 12/08/2014 |
| 12/03/2014 | EPR | OID:100352570-ComisaryPur( | -15.38 | 42.46 | 0.00 | 0.00 | 12/03/2014 |
| 12/02/2014 | SECUREDEPOS | 42135240 BRYANT DEE | 12.00 | 57.84 | 0.00 | 0.00 | 12/02/2014 |
| 12/02/2014 | EPR | OID:100352120-ComisaryPur( | -24.44 | 45.84 | 0.00 | 0.00 | 12/02/2014 |
| 11/24/2014 | EPR | OID:100351586-ComisaryPur( | -37.16 | 70.28 | 0.00 | 0.00 | 11/24/2014 |
| 11/19/2014 | ERF | OID:100350551-ComisaryRef\ | 1.75 | 107.44 | 0.00 | 0.00 | 11/19/2014 |
| 11/18/2014 | EPR | OID:100350551-ComisaryPur( | -27.23 | 105.69 | 0.00 | 0.00 | 11/18/2014 |
| 11/04/2014 | EPR | OID:100348904-ComisaryPur( | -12.23 | 132.92 | 0.00 | 0.00 | 11/04/2014 |
| 11/02/2014 | SECUREDEPOS | 46079785 LOZANO LOUIS | 42.00 | 145.15 | 0.00 | 0.00 | 11/02/2014 |
| 10/28/2014 | EPR | OID:100348289-ComisaryPur( | -33.86 | 103.15 | 0.00 | 0.00 | 10/28/2014 |
| 10/21/2014 | EPR | OID:100347489-ComisaryPur( | -60.00 | 137.01 | 0.00 | 0.00 | 10/21/2014 |
| 10/14/2014 | SECUREDEPOS | 43528875 CORDOVA VALERIE | 197.00 | 197.01 | 0.00 | 0.00 | 10/14/2014 |
| 10/14/2014 | EPR | OID:100346621-ComisaryPur( | -19.91 | 0.01 | 0.00 | 0.00 | 10/14/2014 |
| 10/07/2014 | EPR | OID:100345821-ComisaryPur( | -28.34 | 19.92 | 0.00 | 0.00 | 10/07/2014 |
| 09/30/2014 | SECUREDEPOS | 52887253 CORDOVA FORTINO | 17.00 | 48.26 | 0.00 | 0.00 | 09/30/2014 |
| 09/30/2014 | EPR | OID:100344990-ComisaryPur( | -85.74 | 31.26 | 0.00 | 0.00 | 09/30/2014 |
| 09/27/2014 | <PROCESS FE | Payment for PROCESSING FE] | -30.00 | 117.00 | 0.00 | 0.00 | 09/27/2014 |
| 09/27/2014 | SECUREDEPOS | 57333377 CORDOVA VALERIE | 147.00 | 147.00 | 30.00 | 0.00 | 09/27/2014 |
| 08/27/2014 | DEPOSIT CAS | BI | 0.00 | 0.00 | 30.00 | 0.00 | 08/27/2014 |
| 08/26/2014 | PROCESSING | ResMerge Service Initial ( | 30.00 | 0.00 | 30.00 | 0.00 | 08/26/2014 |
| 02/04/2014 | PROCESS FEE | Write-off Payment for 'PR( | -30.00 | 0.00 | 0.00 | 0.00 | 02/04/2014 |

```
:==================================================:
                        Denver County Jail
:==================================================:
                       Resident Account Summary
                   Monday, December 05, 2022  @10:29

==========================================================================
 For DPD Number: 0000700020    CORDOVA, LOUIS MARTIN
--------------------------------------------------------------------------
  Date     Transaction Description              Amount    Balance    Owed      Held    Reference
--------------------------------------------------------------------------
 02/04/2014 WRITEOFF DE Write-off Deposit for 'PR(   30.00    30.00    30.00    0.00    02/04/2014
 02/04/2014 MEDICAL WO  Write-off Payment for 'MEI   -7.00     0.00    30.00    0.00    02/04/2014
 02/04/2014 WRITEOFF DE Write-off Deposit for 'MEI    7.00     7.00    37.00    0.00    02/04/2014
 02/04/2014 MEDICAL WO  Write-off Payment for 'MEI   -7.00     0.00    37.00    0.00    02/04/2014
 02/04/2014 WRITEOFF DE Write-off Deposit for 'MEI    7.00     7.00    44.00    0.00    02/04/2014
 02/04/2014 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00    44.00    0.00    02/04/2014
 01/28/2014 DEPOSIT CAS BI                            0.00     0.00    44.00    0.00    01/28/2014
 01/28/2014 PROCESSING  ResMerge Service Initial (   30.00     0.00    44.00    0.00    01/28/2014
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -30.00     0.00    14.00    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   30.00    30.00    44.00    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -11.18     0.00    44.00    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   11.18    11.18    55.18    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -30.00     0.00    55.18    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   30.00    30.00    85.18    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -19.00     0.00    85.18    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   19.00    19.00   104.18    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -24.93     0.00   104.18    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   24.93    24.93   129.11    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -29.65     0.00   129.11    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   29.65    29.65   158.76    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -28.58     0.00   158.76    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   28.58    28.58   187.34    0.00    11/08/2013
 11/08/2013 PROCESS FEE Write-off Payment for 'PR(  -30.00     0.00   187.34    0.00    11/08/2013
 11/08/2013 WRITEOFF DE Write-off Deposit for 'PR(   30.00    30.00   217.34    0.00    11/08/2013
 11/08/2013 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00   217.34    0.00    11/08/2013
 10/22/2013 PAK BOTH    FREE                          0.00     0.00   217.34    0.00    10/22/2013
 09/20/2013 PAK MALE    FREE                          0.00     0.00   217.34    0.00    09/20/2013
 08/20/2013 PAK BOTH    FREE                          0.00     0.00   217.34    0.00    08/20/2013
 07/19/2013 PAK MALE    FREE                          0.00     0.00   217.34    0.00    07/19/2013
 06/11/2013 PAK 1       FREE                          0.00     0.00   217.34    0.00    06/11/2013
 05/25/2013 DEPOSIT CAS BI                            0.00     0.00   217.34    0.00    05/25/2013
 05/25/2013 PROCESSING  ResMerge Service Initial (   30.00     0.00   217.34    0.00    05/25/2013
 05/24/2013 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00   187.34    0.00    05/24/2013
 05/14/2013 PAK MALE    FREE                          0.00     0.00   187.34    0.00    05/14/2013
 05/10/2013 MEDICAL     MEDICAL KITE 4-17-2013        7.00     0.00   187.34    0.00    05/10/2013
 03/27/2013 PAK BOTH    FREE                          0.00     0.00   180.34    0.00    03/27/2013
 02/27/2013 PAK MALE    FREE                          0.00     0.00   180.34    0.00    02/27/2013
 01/29/2013 PAK 1       FREE                          0.00     0.00   180.34    0.00    01/29/2013
 01/12/2013 DEPOSIT CAS BI                            0.00     0.00   180.34    0.00    01/12/2013
 01/12/2013 PROCESSING  ResMerge Service Initial (   30.00     0.00   180.34    0.00    01/12/2013
 10/25/2012 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00   150.34    0.00    10/25/2012
 10/24/2012 <PROCESS FE Payment for PROCESSING FEI   -1.42     0.00   150.34    0.00    10/24/2012
 10/24/2012 DEPOSIT CAS BI                            1.42     1.42   151.76    0.00    10/24/2012
 10/24/2012 PROCESSING  ResMerge Service Initial (   30.00     0.00   151.76    0.00    10/24/2012
 10/14/2012 DEPOSIT CAS BI-AF                         0.00     0.00   121.76    0.00    10/14/2012
 10/14/2012 PROCESSING  ResMerge Service Initial (   30.00     0.00   121.76    0.00    10/14/2012
 09/18/2012 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00    91.76    0.00    09/18/2012
 09/15/2012 <PROCESS FE Payment for PROCESSING FEI   -5.07     0.00    91.76    0.00    09/15/2012
 09/15/2012 DEPOSIT CAS BI                            5.07     5.07    96.83    0.00    09/15/2012
 09/15/2012 PROCESSING  ResMerge Service Initial (   30.00     0.00    96.83    0.00    09/15/2012
 08/15/2012 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00    66.83    0.00    08/15/2012
 08/14/2012 <PROCESS FE Payment for PROCESSING FEI   -0.35     0.00    66.83    0.00    08/14/2012
 08/14/2012 DEPOSIT CAS BI                            0.35     0.35    67.18    0.00    08/14/2012
 08/14/2012 PROCESSING  ResMerge Service Initial (   30.00     0.00    67.18    0.00    08/14/2012
 04/16/2012 <PROCESS FE Payment for PROCESSING FEI  -11.00     0.00    37.18    0.00    04/16/2012
 04/16/2012 DEPOSIT CAS BI                           11.00    11.00    48.18    0.00    04/16/2012
 04/16/2012 PROCESSING  ResMerge Service Initial (   30.00     0.00    48.18    0.00    04/16/2012
 09/02/2011 ZERO RELEAS RELEASE TRANSACTION           0.00     0.00    18.18    0.00    09/02/2011
--------------------------------------------------------------------------
                              Page 5
```

```
:================================================:
                         Denver County Jail
:================================================:
                       Resident Account Summary
                   Monday, December 05, 2022  @10:29

========================================================================
For DPD Number: 0000700020     CORDOVA, LOUIS MARTIN
------------------------------------------------------------------------
   Date      Transaction Description            Amount     Balance    Owed      Held     Reference
------------------------------------------------------------------------
09/02/2011 <PROCESS FE Payment for PROCESSING FEI  -18.82      0.00    18.18     0.00    09/02/2011
09/02/2011 <PROCESS FE Payment for PROCESSING FEI  -25.00     18.82    37.00     0.00    09/02/2011
09/02/2011 <PROCESS FE Payment for PROCESSING FEI  -30.00     43.82    62.00     0.00    09/02/2011
08/28/2011 <PROCESS FE Payment for PROCESSING FEI  -30.00     73.82    92.00     0.00    08/28/2011
08/28/2011 DEPOSIT CAS BI                          103.82    103.82   122.00     0.00    08/28/2011
08/28/2011 PROCESSING  ResMerge Service Initial (   30.00      0.00   122.00     0.00    08/28/2011
04/29/2011 <PROCESS FE Payment for PROCESSING FEI  -30.00      0.00    92.00     0.00    04/29/2011
04/29/2011 CPF COLLECT BOND OFFICE 4.27             30.00     30.00   122.00     0.00    04/29/2011
04/27/2011 ZERO RELEAS RELEASE TRANSACTION           0.00      0.00   122.00     0.00    04/27/2011
04/26/2011 DEPOSIT CAS BI                            0.00      0.00   122.00     0.00    04/26/2011
04/26/2011 PROCESSING  ResMerge Service Initial (   30.00      0.00   122.00     0.00    04/26/2011
02/01/2011 PROCESS FEE Write-off Payment for 'PR(  -30.00      0.00    92.00     0.00    02/01/2011
02/01/2011 WRITEOFF DE Write-off Deposit for 'PR(   30.00     30.00   122.00     0.00    02/01/2011
09/03/2010 ZERO RELEAS RELEASE TRANSACTION           0.00      0.00   122.00     0.00    09/03/2010
09/03/2010 PAK 1       FREE                          0.00      0.00   122.00     0.00    09/03/2010
08/19/2010 <PROCESS FE Payment for PROCESSING FEI   -5.00      0.00   122.00     0.00    08/19/2010
08/19/2010 DEPOSIT CAS BI                            5.00      5.00   127.00     0.00    08/19/2010
08/19/2010 PROCESSING  ResMerge Service Initial (   30.00      0.00   127.00     0.00    08/19/2010
12/11/2009 ZERO RELEAS RELEASE TRANSACTION           0.00      0.00    97.00     0.00    12/11/2009
12/10/2009 PAK BOTH    VOID-FREE                    0.00      0.00    97.00     0.00    12/10/2009
12/10/2009 PAK BOTH    FREE                         0.00      0.00    97.00     0.00    12/10/2009
12/10/2009 PAK BOTH    FREE                         0.00      0.00    97.00     0.00    12/10/2009
11/23/2009 MEDICAL     11/19/09                     7.00      0.00    97.00     0.00    11/23/2009
11/09/2009 PAK MALE    FREE                         0.00      0.00    90.00     0.00    11/09/2009
10/12/2009 PAK 1       FREE                         0.00      0.00    90.00     0.00    10/12/2009
09/26/2009 DEPOSIT CAS BI                           0.00      0.00    90.00     0.00    09/26/2009
09/26/2009 PROCESSING  ResMerge Service Initial (  30.00      0.00    90.00     0.00    09/26/2009
04/23/2009 ZERO RELEAS RELEASE TRANSACTION          0.00      0.00    60.00     0.00    04/23/2009
04/20/2009 DEPOSIT CAS BI                           0.00      0.00    60.00     0.00    04/20/2009
04/20/2009 PROCESSING  ResMerge Service Initial (  30.00      0.00    60.00     0.00    04/20/2009
12/17/2008 ZERO RELEAS RELEASE TRANSACTION          0.00      0.00    30.00     0.00    12/17/2008
12/01/2008 PAK 1       FREE                         0.00      0.00    30.00     0.00    12/01/2008
11/18/2008 DEPOSIT MO  BI                           0.00      0.00    30.00     0.00    11/18/2008
11/18/2008 PROCESSING  ResMerge Service Initial (  30.00      0.00    30.00     0.00    11/18/2008
```

THIS IS A TRUE AND CERTIFIED
COPY OF A
DENVER SHERIFF DEPARTMENT
RECORD
APPROVED BY _D/S Byrd_
ID # _S6047_
DATE _12/5/22_

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_____Ø_____

_____

5. Are you in imminent danger of serious physical injury?

___ Yes  _X_ No  (CHECK ONE). If you answered yes, briefly explain your answer:

_____

_____

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  12/30/22
            (Date)

_____ #700020
(Prisoner's Original Signature)

(Rev. 10/01/12)                                    2